## 17301.   GODWIN v. THE STATE.

The evidence authorized the verdict; and the newly discovered evidence
did not require the grant of a new trial.

DECIDED JUNE 15, 1926.

Possessing intoxicating liquor; from Floyd superior court—
Judge Maddox.   March 20, 1926.

*Porter & Mebane,* for plaintiff in error.

*James F. Kelly, solicitor-general,* contra.

LUKE, J.   Will Godwin was convicted of violating the prohibi-
tion statute.   As conceded by his counsel, the evidence authorized
his conviction.   The special ground of the motion for a new trial
upon the ground of newly discovered evidence, in our opinion, as
shown by the record, does not warrant a reversal of the judgment
of the court overruling and denying the motion for a new trial.

*Judgment affirmed.   Broyles, C. J., and Bloodworth, J., concur.*

---

Criminal Law, 17 C. J. p. 248, n. 3.